UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-43889-399 |
| BOBBY LEE TIDWELL ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | August 29, 2018  10:30 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any).  11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii).  The approximate amount of the shortfall is $2800.
2. 3.5b includes debts which are not a purchase money security interests.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: July 19, 2018

OBJCONFAF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 19, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 19, 2018.

BOBBY LEE TIDWELL
2914 WOOD POPPY DRIVE
FLORISSANT, MO  63031

18-43889-399          TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN          07/19/2018
                                                                           Page 2 of 2

/s/ Kathy Wright
Kathy Wright MO31047